

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-84,823-02

### EX PARTE STEPHEN COLEMAN SHOCKLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W366-82727-09-HC IN THE 366TH DISTRICT COURT
### FROM COLLIN COUNTY

### **O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of continuous sexual abuse of a child and sentenced to ninety-nine years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Shockley v. State*, No. 05-12-01018-CR (Tex. App.—Dallas July 30, 2014).

On September 21, 2016, this Court issued an order, remanding the instant application back to the 366th District Court of Collin County for an affidavit from counsel and findings of fact and conclusions of law from the trial court. It has now been brought to our attention that the Collin County District Clerk filed counsel's affidavit and the trial court's findings of fact and conclusions of law with this Court on August 4, 2016, prior to the issuance of the remand order. Therefore, the

State has filed a motion requesting reconsideration of our remand order issued on September 21, 2016. Because this Court has already received the documents ordered, the request is granted.

We now withdraw the order dated September 21, 2016. Based on the trial court's findings of fact and conclusions of law, as well as this Court's independent review of the record, we find that Applicant's claims are without merit. Therefore, we deny relief.

Filed: November 9, 2016
Do not publish